JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Charles Edward Oswick, an individual; U.S. Department of the Interior, an executive department of the U.S. federal government; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00733-JCM-BNW<br><br>**Status Report and Joint Stipulation to Stay the Proceedings Pending Settlement Discussions (Third Request)** |

　　　　Plaintiff State Farm Mutual Automobile Insurance Company and Defendant the United States of America hereby stipulate and jointly move the Court to stay all deadlines in this matter and hold this case in abeyance for a period of 30 days, or until **January 9, 2025**. The parties have conferred, and they believe they will be able to resolve this matter without continued litigation. The parties have reached a preliminary agreement regarding a settlement amount as well as other specific provisions of a settlement agreement, and the undersigned attorney for the United States is currently awaiting final approval to execute the settlement agreement as drafted and disburse the corresponding funds to Plaintiff.

　　　　This is the third request to stay the proceedings. The parties submit this request neither for the purpose of delay nor to cause undue prejudice to any party nor for any other

improper purpose. The parties submit this request to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1.

The parties reserve the ability to seek additional time to finalize resolution, if necessary, but anticipate they will be able to file dismissal paperwork prior to the identified deadline.

Respectfully submitted this 10th day of December 2024.

| | |
|---|---|
| HAND & SULLIVAN, LLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Samantha A. Herbeck<br>SAMANTHA A. HERBECK<br>Nevada Bar No. 14542<br>3442 N. Buffalo Drive<br>Las Vegas, Nevada 89129<br>*Attorney for Plaintiff*<br>*State Farm Mutual Automobile Insurance Company*, as Subrogee of<br>SUNNIE S. SUMALPONG | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2024

2