SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov
*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Charles Edward Oswick, an individual; U.S. Department of the Interior, an executive department of the U.S. federal government; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00733-JCM-BNW<br><br>**Joint Stipulation and Order of Dismissal with Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff State Farm Mutual Automobile Insurance Company and Federal Defendant United States of America hereby stipulate to and request a dismissal with prejudice of each and every claim alleged in the Complaint (ECF No. 1), with each party to bear its own fees and costs.

Respectfully submitted this 4th day of March 2025.

HAND & SULLIVAN, LLC

*/s/ Samantha A. Herbeck*
SAMANTHA A. HERBECK
Nevada Bar No. 14542
3442 N. Buffalo Drive
Las Vegas, Nevada 89129
*Attorney for Plaintiff*
*State Farm Mutual Automobile Insurance Company*, as Subrogee of
SUNNIE S. SUMALPONG

SUE FAHAMI
Acting United States Attorney

*/s/ Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | Case No. 2:24-cv-00733-JCM-BNW |
| Plaintiff, | **Order of Dismissal with Prejudice** |
| v. | |
| Charles Edward Oswick, an individual; U.S. Department of the Interior, an executive department of the U.S. federal government; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this case is DISMISSED WITH PREJUDICE in its entirety, with each party bearing its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED:

_____
United States District Judge

DATED: March 5, 2025